# UNITED STATES DISTRICT COURT

for the

Eastern District of New York

| | | |
|---|---|---|
| United States of America | ) | |
| v. | ) | Case No. 22-CR-103 (PKC) |
| JOHN DOE | ) | |
| _Defendant_ | ) | |

## WAIVER OF AN INDICTMENT

I understand that I have been accused of one or more offenses punishable by imprisonment for more than one year. I was advised in open court of my rights and the nature of the proposed charges against me.

After receiving this advice, I waive my right to prosecution by indictment and consent to prosecution by information.

Date: 4/8/22

s/JOHN DOE

_Defendant's signature_

_Signature of defendant's attorney_

Julie Rendelman, Esq.

_Printed name of defendant's attorney_

s/Hon. Pamela K. Chen

_Judge's signature_

Hon. Pamela K. Chen, U. S. District Judge

_Judge's printed name and title_