# Law Offices of Julie Rendelman, LLC

521 FIFTH AVENUE, 17th FLOOR
NEW YORK, NEW YORK 10175

Office: 212-951-1232
Cell: (646) 425-5562

Email: Julie@RendelmanLaw.com

_____

April 11, 2022

Honorable Pamela K. Chen
United States District Court Judge
Eastern District of New York
United States District Court
271 Cadman Plaza
Brooklyn, New York 11722

**RE:**  United States v. John Doe, 1:22-cr-00103-PKC

Dear Justice Chen,

     I respectfully request a one-day extension to complete the bond signing requirement for the above referenced case.  As the Court is aware, on April 8, 2022, my client, John Doe, appeared before this Court. The Court ordered that the bond be signed by end of business on Monday, April 11, 2022.   Due to logistical issues relating to the warnings that must be provided to the suretor, we ask for the signing to be completed end of business on April 12, 2022.  The Government is in agreement with our request.

     Thank you for the Court's time and patience in this matter.

Sincerely,

s/ Julie Rendelman
Julie Rendelman, Esq.
*Counsel for Defendant John Doe*